**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**


**RICHARD WHITE**                                                                         **PLAINTIFF**

**V.**                                                             **CAUSE NUMBER: 3:25-CV-357-JDM-RP**

**BRANDI LEWIS, SCOTT LEWIS, AND
THE SOUTH LAMAR B&B, LLC**                                      **DEFENDANTS**


## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The Court has been advised that this action has settled or is in the process of being settled.

Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that the action is **DISMISSED without prejudice**.   The court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement

has not been completed and further litigation is necessary.

SO ORDERED, this the 3rd of August, 2026.


  /s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI