**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RICHARD WHITE** **PLAINTIFF**

**V.** **CAUSE NUMBER: 3:25-CV-357-JDM-RP**

**BRANDI LEWIS, SCOTT LEWIS, and**
**THE SOUTH LAMAR B&B, LLC** **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court, having previously dismissed this matter without prejudice due to settlement between the parties, has been informed that the settlement is complete and that judgment of dismissal with prejudice can be entered.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED with prejudice**, with each party bearing its own fees and costs.

**SO ORDERED,** this the 26th day of August, 2026

/s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI